**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

LIN ZHIJUN,

     Petitioner,

v.

                                     Case No. 2:26-cv-01274-MIS-JFR

WARDEN, Otero County Processing Center;
MARY DE ANDA-YBARRA, Field Office
Director of Enforcement and Removal
Operations, El Paso Field Office,
Immigration and Customs Enforcement;
TODD LYONS; Acting Director of
Immigration and Customs Enforcement;
TODD BLANCHE, Acting Attorney General
of the United States; and MARKWAYNE
MULLIN, Secretary of the U.S. Department
of Homeland Security,

     Respondents.

## **FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order

Denying Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment

is hereby entered in favor of Respondents Warden, Otero County Processing Center, Mary De

Anda-Ybarra, Todd Lyons, Todd Blanche, and Markwayne Mullin and against Petitioner Lin

Zhijun.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE